UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| UNITED STATES OF AMERICA | CRIMINAL ACTION NO. 08-00261 |
|---|---|
| VERSUS | JUDGE ROBERT G. JAMES |
| JOHN MENEWEATHER | MAG. JUDGE KAREN L. HAYES |

**MEMORANDUM ORDER**

For the reasons set forth in the Court's October 31, 2011 Order [Doc. No. 53],

IT IS ORDERED that Defendant John Meneweather's ("Meneweather") letter motion [Doc. No. 70] for "credit for time served" is DENIED. If Meneweather has exhausted his administrative remedies with the Bureau of Prisons, then he may seek review in federal court by filing a petition for writ of habeas corpus, pursuant to 28 U.S.C. § 2241, **in the district in which he is incarcerated**. *See Pack v. Yusuff*, 218 F.3d 448, 451 (5th Cir. 2000) (emphasis added). It appears that Meneweather is incarcerated at the Texarkana Federal Correctional Institute, so he would need to file his Section 2241 petition in the United States District Court for the Eastern District of Texas.

MONROE, LOUISIANA, this 30th day of March, 2012.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE